**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of P.M. & E.M.

Appellate case number:   01-22-00753-CV

Trial court case number:   2021-01374J

Trial court:                       313th District Court of Harris County

On January 2, 2023, Appellant J.S.M.R. a/k/a J.M. filed an Unopposed Third Motion for Extension of Time to File Appellant's Brief, requesting an extension from December 30, 2022 to January 6, 2023.  We **grant** the motion.

Appellant J.S.M.R. a/k/a J.M.'s brief is due January 6, 2023.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually


Date:  January 5, 2023